UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                                        Case No. 14-CR-154

BRANDON ERICKSON,

        Defendant.

## ORDER CONDITIONALLY GRANTING MOTION TO ADJOURN

      Counsel for the defendant has again filed an unopposed motion to adjourn the above matter. The record reflects repeated requests for adjournment because of health problems of counsel. When the Court last granted the Motion to Adjourn, it suggested that, if counsel is unable to physically perform his role, the defendant would need to seek new counsel. In his latest request, counsel asked for an adjournment of six to eight weeks, and assures the Court he will find substitute counsel or additional counsel to assist him to ensure that the case moves forward without any further delay.

      Based upon the foregoing, and because of the serious health problems recounted in the motion, the defendant's request for an adjournment is granted, conditioned upon the defendant assuring that his attorney has assistance by another attorney so that, in the event his principal attorney is unable to appear at sentencing, the case can nevertheless proceed. In other words, the attorney must be prepared to handle this case at sentencing because there will be no further adjournments based upon his current attorney's health problems.

Accordingly, the motion is granted and the clerk is directed to reschedule the sentencing consistent with the defendant's request for a six to eight week adjournment.

Dated this     20th     day of January, 2015.


                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court